**No. 62425.**—Herman H. Sticht Co., Inc., and Intra-Mar Transport Corp. et al. *v.* United States, protests 311495–K, etc. (New York).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).